UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMMAR SHEIKH,<br><br>    Plaintiff,<br><br>-against-<br><br>BRENTWOOD PIZZA, INC., PAPA JOHN'S INTERNATIONAL, INC., PAPA JOHN'S USA, INC. SURINDER CHOPRA a/k/a ROBIN CHOPRA and JITENDER KUMAR,<br><br>    Defendants. | Case No. 15 Civ. 0326 (LDW) (AKT)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Defendants Papa John's USA, Inc. and Papa John's International., Inc., by and through their undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submit their Corporate Disclosure Statement and assert as follows:

Papa John's USA, Inc. is a non-governmental corporate party and a wholly-owned subsidiary of Papa John's International, Inc.  Papa John's International, Inc. is a non-governmental corporate party.  It does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Date:   March 5, 2015
        New York, New York

                                    /s/ George B. Pauta
                                    George B. Pauta
                                    Christine L. Hogan
                                    LITTLER MENDELSON, P.C.
                                    900 Third Avenue
                                    New York, NY  10022.3298
                                    212.583.9600

                                    Attorneys for Defendant
                                      PAPA JOHN'S USA, INC.
                                      PAPA JOHN'S INTERNATIONAL, INC.

1